**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

**CASE NO.:** 5:26-cv-02581-SAL

ONCE, LLC,

                Plaintiff,

v.

MCCALL-THOMAS ENGINEERING CO.,
INC.,

                Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff ONCE, LLC by and through its undersigned counsel, brings this Complaint

against Defendant MCCALL-THOMAS ENGINEERING CO., INC. for damages and injunctive

relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff ONCE, LLC ("Once") brings this action for violations of exclusive rights

under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Once's original copyrighted

Work of authorship.

2. Plaintiff is a nationally-recognized video production company from the heart of

St. Louis, Missouri. With immersive cinematography and thoughtful editing, its films exist at the

intersection of advertising and original content.

3. Defendant MCCALL-THOMAS ENGINEERING CO., INC. ("MTEC") is a

multi-disciplined consulting engineering firm specializing in electrical and telecommunications

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

engineering services.  At all times relevant herein, MTEC owned and operated the internet website located at the URL https://www.mccallthomas.com/ (the "Website").

4.    Plaintiff alleges that MTEC copied Plaintiff's copyrighted Work from the internet in order to advertise, market and promote its business activities. MTEC committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.    MTEC is subject to personal jurisdiction in South Carolina.

8.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, MTEC engaged in infringement in this district, MTEC resides in this district, and MTEC is subject to personal jurisdiction in this district.

## DEFENDANT

9.    McCall-Thomas Engineering Co., Inc. is a South Carolina Corporation, with its principal place of business at 845 Stonewall Jackson Boulevard, Orangeburg, SC, 29115, and can be served by serving its Registered Agent, Tiffany A. Worrell, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10.    In 2013, Kiger Photography LLC dba Once Films ("Once Films") created the audiovisual work entitled "Tarlton Construction – Brand Film," referred to herein as the "Work".[1] A still image from the relevant video segment is shown below.

---

[1] The Work is available at the following URL: https://vimeo.com/81413755.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS



11.     Once Films registered the Work with the Register of Copyrights on March 13, 2014, and was assigned registration number PA 1-896-406. The Certificate of Registration is attached hereto as **Exhibit 1**.

12.     In 2021, Once Films assigned its rights in the Work to Plaintiff through written assignment.

13.     At all relevant times Plaintiff was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY MTEC

14.     MTEC has never been licensed to use the Work for any purpose.

15.     On a date after the Work was created, but prior to the filing of this action, MTEC copied the Work.

16.     On or about June 30, 2023, Plaintiff discovered the unauthorized use of a portion of its Work on the Website as the focal looped image for its home page. A true and accurate

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

screenshot of the page displaying the Work, and of the Work being hosted on the Website, are attached hereto as **Exhibit 2**.

17.    MTEC copied Plaintiff's copyrighted Work without Plaintiff's permission.

18.    After MTEC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its engineering services business.

19.    MTEC copied and distributed Plaintiff's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting its business.

20.    MTEC committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21.    Plaintiff never gave MTEC permission or authority to copy, distribute or display the Work.

22.    Plaintiff notified MTEC of the allegations set forth herein on August 24, 2023 and September 8, 2023.  To date, the parties have failed to resolve this matter.

## COUNT I
## <u>COPYRIGHT INFRINGEMENT</u>

23.    Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24.    Plaintiff owns a valid copyright in the Work.

25.    Plaintiff registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.    MTEC copied, displayed, and distributed the Work and made derivatives of the Work without Plaintiff's authorization in violation of 17 U.S.C. § 501.

27.    MTEC performed the acts alleged in the course and scope of its business activities.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

28. Defendant's acts were willful.

29. Plaintiff has been damaged.

30. The harm caused to Plaintiff has been irreparable.

WHEREFORE, Plaintiff ONCE, LLC prays for judgment against the Defendant

MCCALL-THOMAS ENGINEERING CO., INC. that:

a. MTEC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. MTEC be required to pay Once its actual damages and Defendant's profits attributable to the infringement, or, at Once's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: June 29, 2026                    Respectfully submitted,


                                        */s/ Hunter S. Freeman*
                                        HUNTER S. FREEMAN
                                        Fed ID 9313
                                        hfreeman@kimandlahey.com
                                        **KIM LAHEY & KILLOUGH LAW FIRM LLC**
                                        3620 Pelham Road
                                        PMB #213
                                        Greenville, SC 29615
                                        864.609.3473 - Telephone

                                        *Counsel for Plaintiff Once, LLC*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS